**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Mary E. Edes, SBN 264584
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Plaintiff
MICHAEL PHELAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PHELAN,<br><br>    Plaintiff,<br><br>v.<br><br>MECOM EQUIPMENT, LLC, a California Limited Liability Company, PAWNEE LEASING CORPORATION, a California Corporation, STATE OF CALIFORNIA, California Department of Toxic Substances Control, STATE OF CALIFORNIA, Employment Development Department, the UNITED STATES, and all other persons unknown, claiming any right, title, estate, lien, or interest in the real property described in the Complaint, adverse to Plaintiff's ownership or any cloud on Plaintiff's title thereto,<br><br>    Defendants.<br>_____/ | Case No. 2:10-cv-01651-FCD-KJN<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

IT IS SO ORDERED that Plaintiff MICHAEL PHELAN be granted an extension until September 21, 2010 to either file dispositional documents for Defendant STATE OF CALIFORNIA, California Department of Toxic Substances Control or a status report.

Dated: August 20, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE