PORTER|SCOTT
A PROFESSIONAL CORPORATION
JENNIFER E. DUGGAN, ESQ. SBN 183833
MARY EDES, ESQ. SBN 264584
350 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CA 95825
TEL.: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR PLAINTIFF
MICHAEL PHELAN

EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
MARGARITA PADILLA, State Bar No. 99966
Supervising Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2135
  Fax:  (510) 622-2270
  E-mail:  Margarita.Padilla@doj.ca.gov
ATTORNEYS FOR DEFENDANT
STATE OF CALIFORNIA DEPARTMENT OF TOXICS SUBSTANCE CONTROL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| **MICHAEL PHELAN,**<br>                                       Plaintiff,<br>v.<br>**MECOM EQUIPMENT, LLC, a California Limited Liability Company, PAWNEE LEASING CORPORATION, a California Corporation, STATE OF CALIFORNIA, California Department of Toxic Substances Control, STATE OF CALIFORNIA, Employment Development Department, the UNITED STATES, and all other persons unknown, claiming any right, title, estate, lien, or interest in the real property described in the Complaint, adverse to Plaintiff's ownership or any cloud on Plaintiff's title thereto,**<br>                                       Defendants. | No. 2:10-cv-01651-FCD-KJN<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT STATE OF CALIFORNIA, DEPARTMENT OF TOXIC SUBSTANCES CONTROL TO RESPOND TO COMPLAINT**<br><br>**Date:  No hearing required**<br><br>Judge   The Honorable Frank C. Damrell |

1

1  Plaintiff, Michael Phelan, and Defendant, STATE OF CALIFORNIA DEPARTMENT OF
2  TOXIC SUBSTANCES CONTROL (DTSC), stipulate as follows:
3  DTSC shall be granted an extension through and including September 21, 2010, to answer
4  or otherwise respond to Plaintiff's Complaint in this matter.
5  This Stipulation may be executed by Plaintiff and DTSC in faxed counterparts, all of which
6  together shall constitute an original document and the same agreement.
7  ***IT IS SO STIPULATED*:**

PORTER|SCOTT

Dated: _____    By:   \_\_\_\_/s/_____
                                             Jennifer E. Duggan
                                             Mary Edes
                                             *Attorneys for Plaintiff Michael Phelan*


EDMUND G. BROWN JR.
ATTORNEY GENERAL OF CALIFORNIA

Dated:  August 19, 2010         By:   \_\_\_/s/_____
                                             MARGARITA PADILLA
                                             Supervising Deputy Attorney General
                                             *Attorneys for Defendant*
                                             *State of California Department of Toxic*
                                             *Substances Control*

**IT IS SO ORDERED.**

Dated: August 20, 2010         _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE

2