PORTER|SCOTT
A Professional Corporation
JENNIFER E. DUGGAN, ESQ. State Bar No. 183833
MARY EDES, ESQ. State Bar No. 264584
 350 University Avenue, Suite 200
 Sacramento, CA  95825
 Telephone:  (916) 929-1481
 Fax:  (916) 927-3706
*Attorneys for Michael Phelan, Plaintiff*

EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
MARGARITA PADILLA, State Bar No. 99966
Supervising Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2135
 Fax:  (510) 622-2270
 E-mail:  Margarita.Padilla@doj.ca.gov
*Attorneys for State of California Department of*
*Toxic Substances Control, Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL PHELAN,**<br><br>Plaintiff,<br><br>v.<br><br>**MECOM EQUIPMENT, LLC, a California Limited Liability Company, PAWNEE LEASING CORPORATION, a California Corporation, STATE OF CALIFORNIA, California Department of Toxic Substances Control, STATE OF CALIFORNIA, Employment Development Department, the UNITED STATES, and all other persons unknown, claiming any right, title, estate, lien, or interest in the real property described in the Complaint, adverse to Plaintiff's ownership or any cloud on Plaintiff's title thereto,**<br><br>Defendants. | No. 2:10-cv-01651-FCD-KJN<br><br>**AGREED STIPULATION BETWEEN PLAINTIFF MICHAEL PHELAN AND DEFENDANT STATE OF CALIFORNIA, DEPARTMENT OF TOXIC SUBSTANCES CONTROL RE RELEASE OF CERTAIN REAL PROPERTY FROM JUDGMENT LIEN and DISMISSAL WITH PREJUDICE OF DTSC and ORDER THEREON**<br><br>Date:          No hearing required<br>Time:<br>Courtroom:<br>Judge:        The Honorable Frank C. Damrell<br>Trial Date:   Not Set<br>Action Filed:  June 28, 2010 |

{00824671.DOC}                                        1

1   Plaintiff, Michael Phelan, and Defendant, State of California, Department of Toxic

2   Substances Control, enter into this Stipulation and request entry of this Order on the terms set

3   forth herein:

4   **RECITALS**

5   Whereas, on June 28, 2010, Plaintiff Michael Phelan (Phelan) initiated this action in the

6   United States District Court for the Eastern District of California entitled *Michael Phelan v.*

7   *Mecom Equipment, LLC, et al*, No. 2:10-cv-01651-FCD-KJN, against several defendants,

8   including the State of California, Department of Toxic Substances Control (DTSC) and the

9   United States of America, seeking to quiet title to certain real property specified in the Verified

10  Complaint for Quiet Title and Demand for Jury Trial (the Quiet Title Complaint).

11  Whereas Phelan alleges that he purchased certain real property located at 1143 Fremont

12  Street, Colusa, Colusa County, California, Assessor's Parcel Number 001-351-028, and more

13  particularly described in the Quiet Title Complaint as:

14  Lot No. 3 in Block 126 of the City of Colusa, as said lot and block are shown on the
    official map or plat thereof, filed on March 5, 1855 in the office of the County Clerk
15  of said County of Colusa, State of California.

16  Said real property is referred to hereinafter as the "Fremont Street Property."

17  Whereas Phelan further alleges that he purchased the Fremont Street Property as an

18  investment property from the tax collector of Colusa County, California, in a non-judicial tax

19  delinquency sale and that the deed from the Colusa County tax collector to Phelan was executed

20  and recorded on July 2, 2009, in the official records of the County of Colusa, Instrument Number

21  2009-2837.

22  Whereas Phelan has represented, under penalty of perjury to DTSC, that he does not

23  personally know Kenneth R. Whitmire or Iva L. Whitmire and that he has he never interacted

24  with them or anyone acting on their behalf, on a personal or business level.

25  Whereas DTSC, an agency of the State of California, alleges that it obtained a judgment in

26  the amount of $151,900, together with interest, against Kenneth R. Whitmire, Iva L. Whitmire

27  and National Environmental Services Corporation (the "Judgment Debtors"), on December 2,

28  1994, in Sacramento County Superior Court in a matter entitled *People of the State of California,*

{00824671.DOC}                                   2

1  *ex rel. William F. Soo Hoo, Director, State Department of Toxic Substances Control v. National*

2  *Environmental Services Corporation, Kenneth R. Whitmire, and Iva L. Whitmire*, No. 537257

3  ("the Whitmire Judgment").

4    Whereas DTSC further alleges that based on the Whitmire Judgment, that DTSC recorded,

5  through its counsel, an Abstract of Judgment on May 20, 1997, with the Colusa County

6  Recorder's Office, Instrument Number 97-002177, and subsequently, through its counsel of

7  record, renewed and recorded its abstract of judgment on November 4, 2004, Instrument Number

8  2004-0006251.

9    Whereas DTSC alleges that Kenneth R. Whitmire and Iva L. Whitmire were owners of the

10  Fremont Street Property to which the judgment lien, created by the above referenced recorded

11  abstracts of judgment, attached and that the Judgment Debtors have not satisfied the Whitmire

12  Judgment.

13    Whereas DTSC further alleges that it did not receive notice of the Colusa County

14  Assessor's non-judicial tax-delinquency sale of the Fremont Street Property.

15    Whereas the United States has alleged that it has valid liens against the Fremont Street

16  Property.

17    Whereas Phelan and DTSC wish to resolve this matter solely as to them in

18  accordance with the terms set forth herein.

19    IT IS AGREED AND ORDERED AS FOLLOWS:

20    1.  Within three (3) court days of the entry of this Stipulation and Order by this Court,

21      DTSC will provide by overnight mail to counsel of record for Phelan an executed and

22      notarized "Release From Plaintiff's Judgment Lien Real Property at 1143 Fremont

23      Street, Colusa, Colusa County, CA" ("Release of Fremont Street Property from

24      Judgment Lien"), for recording with the Colusa County clerk-recorder.

25    2.  Within three (3) court days of the receipt of the executed and acknowledged Release

26      of Fremont Street Property from Judgment Lien, Phelan, through his counsel of

27      record, will cause to be recorded with the Colusa County Recorder's office the

28      executed and acknowledged Release of Fremont Street Property from Judgment Lien.

{00824671.DOC}                3

3.  Within three (3) court days of the recordation of the Release of Fremont Street Property from Judgment Lien by the Colusa County Recorder's Office, Phelan, through his counsel, shall file in this Court a dismissal of DTSC, with prejudice, from the Quiet Title Action in the substance and form attached hereto as Exhibit B.

4.  This Stipulation cannot be amended without the written consent of Phelan and DTSC.

5.  This Stipulation may be signed by Phelan and DTSC in counterparts each of which shall constitute an original and all of which shall constitute one and the same agreement.

6.  This Stipulation and Order thereon are without prejudice to any matters at issue in the Quiet Title Complaint other than those between Phelan and DTSC.

*IT IS SO STIPULATED*:

PORTER|SCOTT

Dated:  __9/20/2010_____          By:   _/s/_____
                                          JENNIFER E. DUGGAN
                                          MARY EDES
                                          *Attorneys for Michael Phelan, Plaintiff*

                                          EDMUND G. BROWN JR.
                                          Attorney General of California

Dated:  __9/21/2010_____           By:   _/s/_____
                                          MARGARITA PADILLA
                                          Supervising Deputy Attorney General
                                          *Attorneys for State of California, California
                                          Department of Toxic Substances Control,
                                          Defendant*

{00824671.DOC}                            4

Stipulation between Plaintiff and Defendant Re: Release of Certain Real Property and Dismissal   (2:10-cv-01651)

1    *IT IS SO ORDERED:*

2

3

4    Dated:  September 22, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

5

6    OK2010502810/90153278.doc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00824671.DOC}                              5

Stipulation between Plaintiff and Defendant Re: Release of Certain Real Property and Dismissal   (2:10-cv-01651)