PORTER|SCOTT
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Mary E. Edes, SBN 264584
350 University Ave., Suite 200
Sacramento, California 95825
TEL.:916.929.1481
FAX 916.927.3706

Attorneys for Plaintiff
MICHAEL PHELAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PHELAN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MECOM EQUIPMENT, LLC, a California Limited Liability Company, PAWNEE LEASING CORPORATION, a California Corporation, STATE OF CALIFORNIA, California Department of Toxic Substances Control, STATE OF CALIFORNIA, Employment Development Department, the UNITED STATES, and all other persons unknown, claiming any right, title, estate, lien, or interest in the real property described in the Complaint, adverse to Plaintiff's ownership or any cloud on Plaintiff's title thereto,<br><br>　　　　　　　　　　　　Defendants. | No. 2:10-cv-01651-FCD-KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; ORDER**<br><br>Date:　　No hearing required<br>Time:<br>Courtroom:<br>Judge:　　The Honorable Frank C. Damrell<br>Trial Date:　Not set<br>Action Filed:　June 28, 2010 |

　　　Consistent with the "Agreed Stipulation between Plaintiff Michael Phelan and Defendant State of California, Department of Toxic Substances Control Re Release of Certain Real Property from Judgment Lien and Dismissal with Prejudice of DTSC and Order Thereon," Plaintiff MICHAEL PHELAN, by and through his undersigned counsel, and the California Department of

1

1  Toxic Substances Control, by and through its undersigned counsel, hereby stipulate to dismiss,
2  with prejudice, any and all claims against Defendant State of California Department of Toxic
3  Substances Control pursuant to Fed.R. Civ. Proc. 41, with each party to bear its own attorney's
4  fees and costs.
5      It is so stipulated.

PORTER|SCOTT

Dated: _____     By: _____/s/_____
                                  JENNIFER E. DUGGAN
                                  MARY EDES
                                  *Attorneys for Plaintiff Michael Phelan*

                              EDMUND G. BROWN JR.
                              Attorney General

                              By: _____/s/_____
                                  MARGARITA PADILLA
                                  Supervising Deputy Attorney General
                                  *Attorneys for Defendant State of California*
                                  *Department of Toxic Substances Control*

**PURSUANT TO THE STIPULATION FOR DISMISSAL WITH PREJUDICE ENTERED INTO BY PLAINTIFF MICHAEL PHELAN and DEFENDANT STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC), DEFENDANT DTSC IS HEREBY DISMISSED WITH PREJUDICE FROM THIS ACTION.  PLAINTIFF AND DEFENDANT DTSC SHALL EACH BEAR THEIR OWN ATTORNEY FEES AND COSTS.**

    **IT IS SO ORDERED.**

Dated:  September 28, 2010        _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE